Case 2:14-bk-51554    Doc 60    Filed 07/09/16    Entered 07/11/16 12:24:29    Desc Main
Document      Page 1 of 3

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: July 9, 2016**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of:                    :    Chapter 7
                                     :
Scott R. Ellis                       :    Case No: 14-51554
                                     :
            Debtor.                  :    Judge John E. Hoffman, Jr.

### AGREED ORDER REGARDING CLAIM NO. 8 OF
### THE OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION
### [DOCKET NO. 59]

This matter came before the Court upon the objection by the Trustee to Claim No. 8 of the Ohio Department of Taxation, Bankruptcy Division [Docket No. 59]. The Court finds that the parties have agreed to the allowance of the claim as stated in this Agreed Order. It is, therefore,

**ORDERED** that Claim No. 8 of the Ohio Department of Taxation, Bankruptcy Division is allowed as a priority tax claim in the amount of $2,506.32, as a general unsecured claim in the amount of $1,525.00 and as an unsecured penalty claim subordinated under 11 U.S.C. §726(a)(4) in the amount of $2,195.29.

**IT IS SO ORDERED.**

APPROVED:

/s/ Deborah P. Ecker
Deborah P. Ecker      (0019295)
Case Attorney for William B. Logan Jr., Trustee
LUPER NEIDENTHAL & LOGAN
50 West Broad Street, Suite 1200
Columbus, Ohio 43215
(614) 221-7663
(614) 464-2425 (fax)
decker@lnlattorneys.com

ATTORNEY GENERAL OF OHIO

/s/ Brian M. Gianangeli
Charles A. Mifsud      (0070498)
Brian M. Gianangeli   (0072028)
THE LAW OFFICE OF CHARLES MIFSUD, LLC
Special Counsel to the Attorney General
Attorneys for the State of Ohio, Department of Taxation
6305 Emerald Parkway
Dublin, Ohio 43016
(614) 224-8313
(614) 389-2294 (fax)
bgianangeli@mifsudlaw.com

Copies to:  Default List and Additional Parties

- Brian M. Gianangeli    (electronic service)
- Karen E. Hamilton      (electronic service)
- Deborah P Ecker         (electronic service)
- Kenneth M. Richards   (electronic service)
- Beth Ann Schenz         (electronic service)

The Ohio Department of Taxation         Ohio Department of Taxation
Bankruptcy Division                               30 E. Broad St.
P.O. Box 530                                          Columbus, OH 43215
Columbus, OH 43216

Attorney General of the State of Ohio
Collection Enforcement
150 E. Gay St., 21st Fl.
Columbus, OH  43215

Rebecca L. Daum, Esq.
Attorney - Bankruptcy Division
Ohio Department of Taxation
P.O. Box 530
Columbus, OH  43216-0530

###